UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **JENNIFER TAGHAVIDINANI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:16-cv-00208-JDL |
| | ) | |
| **RIVERVIEW PSYCHIATRIC CENTER, et al.,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER ON DEFENDANTS' MOTION TO DISMISS**

Jennifer Taghavidinani brings a variety of claims against Riverview Psychiatric Center and Jay Harper, the acting Superintendent of Riverview, arising out of her employment. Both defendants have filed a Motion to Dismiss, ECF No. 4, and Taghavidinani does not object to the motion except as it relates to Count Five, *see* ECF No. 9 at 1-2.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 4) is **GRANTED IN PART** as follows:

1. Counts One, Two, Three, and Four are dismissed as against Defendant Harper.

2. Count Three is dismissed to the extent that it states a claim arising under the Americans with Disabilities Act, 42 U.S.C.A. § 12101 *et seq*. (2016), against Defendant Riverview Psychiatric Center.

Regarding Count Five, the Court construes Count Five as stating a claim only against Harper, individually, and not against Riverview Psychiatric Center. Accordingly, the Motion to Dismiss is **DENIED** as to Count Five.

**SO ORDERED.**

Dated this 29th day of June, 2016.

                                                  /s/ **Jon D. Levy**
                                            **U.S. DISTRICT JUDGE**